UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elvira Feliz Feliz and Silvia Feliz Feliz

                            Petitioners,

            -against-

LaDeon Francis et al.,

                            Respondents.

25-CV-10197

ORDER

LEWIS J. LIMAN, United States District Judge:

Petitioners filed a Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241 on December 9, 2025.  On December 10, 2025, the Court ordered the parties to submit a joint letter to the Court addressing whether the outcome of the Petition is controlled by this Court's prior opinion in *Tumba v. Francis*, 2025 WL 3079014 (S.D.N.Y. Nov. 4, 2025), and, if so, whether the Government is prepared to waive its rights to a response and to submit a letter or otherwise consent to Petitioner's release without prejudice to its rights on appeal.  Dkt. No. 4.  The Parties submitted the joint letter on December 11, 2025, in which they agreed that full briefing is not necessary given the Court's prior decision in *Tumba*.  Further, the Government conceded that the "facts of this case are not materially distinguishable from *Tumba*," and that the decision "would control the result in this case if the Court adheres to that decision."  Dkt. No. 5.  The Court does adhere to its prior decision in *Tumba* and finds that to detain the Petitioners the Government must comply with 8 U.S.C. § 1226.  Their detention is not mandatory, and requires the exercise of discretion.  *See, e.g., Campos v. Francis*, 2025 WL 3514120, at *1 (S.D.N.Y. Dec. 8, 2025).

The appropriate remedy for both Petitioners is immediate release.  The petition for a writ of habeas corpus is GRANTED.  Respondents are ordered to release Silvia Fleiz Feliz and Elvira

Feliz Feliz by no later than 6:00 p.m. on December 11, 2025, and to certify compliance with the

Court's order by filing an entry on the docket this evening.

The Clerk of Court is directed to close this case.  The conference scheduled for December

11 at 5:00 p.m. is cancelled.

SO ORDERED.

Dated:    December 11, 2025
           New York, New York

_____
LEWIS J. LIMAN
United States District Judge