**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Elvira Feliz Feliz and Silvia Feliz Feliz,

                                Petitioners,                       25 **CIVIL** 10197

             -against-                                     **JUDGMENT**

LaDeon Francis et al.,

                                Respondents.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 11, 2025, the appropriate remedy for both Petitioners is immediate release. The petition for a writ of habeas corpus is GRANTED. Respondents are ordered to release Silvia Fleiz Feliz and Elvira Feliz Feliz by no later than 6:00 p.m. on December 11, 2025, and to certify compliance with the Court's order by filing an entry on the docket this evening; accordingly, the case is closed.

**DATED:** New York, New York
             December 11, 2025

                                    **TAMMI M. HELLWIG**

                                      **Clerk of Court**

            **BY:**            K. Mango

                                      **Deputy Clerk**